## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

NORMAN ISRAEL,

     Plaintiff,

v.                               Case No: 8:20-cv-2133-WFJ-AAS

ADVANCE AUTO PARTS, INC., AIR
& LIQUID SYSTEMS
CORPORATION, AURORA PUMP
COMPANY, BORG-WARNER MORSE
TEC, LLC, CRANE CO., GOULDS
PUMPS, INC., GRINNELL LLC,
HONEYWELL INTERNATIONAL
INC., IMO INDUSTRIES INC., ITT
LLC, JOHN CRANE INC., LAMONS
GASKET COMPANY, VELAN VALVE
CORPORATION, WARREN PUMPS,
LLC, TRANE U.S. INC., ENSTAR
HOLDINGS (US) LLC, INDUSTRIAL
HOLDINGS CORPORATION, SAINT-
GOBAIN ABRASIVES, INC., UNION
CARBIDE CORPORATION and DCO.
LLC,

     Defendants.

_____/

## O R D E R

     The Court has been advised by **the Notice of Settlement (Dkt. 485)** that the

above-styled action has been settled as to Defendant Honeywell International, Inc.

only. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

     **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without

prejudice as to Honeywell International, Inc. only and subject to the right of the parties,

within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order

or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to Honeywell International, Inc.

      **DONE** and **ORDERED** in Tampa, Florida on April 11, 2022.

          s/*William F. Jung*
          **WILLIAM F. JUNG**
          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record